**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


JOSEPH STRADLING,

      Plaintiff,

      v.                                                     Civ. No. 24-1028 JCH/KK

FRANK BISIGNANO, Commissioner
of the Social Security Administration,


      Defendant.


**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
<u>AND RECOMMENDED DISPOSITION</u>**

**THIS MATTER** is before the Court on United States Magistrate Judge Kirtan Khalsa's

Proposed Findings and Recommended Disposition (Doc. 19), filed June 12, 2025. The parties have

not filed any objections. The Tenth Circuit has held "that a party's objections to the magistrate

judge's report and recommendation must be both timely and specific to preserve an issue for de

novo review by the district court or for appellate review." *U.S. v. One Parcel of Real Property*, 73

F.3d 1057, 1060 (10th Cir. 1996). The failure to make timely objections to the Magistrate Judge's

Proposed Findings and Recommended Disposition waives appellate review of both factual and

legal questions. *Id.* at 1059.

      **IT IS THEREFORE ORDERED** that the Court adopts the Magistrate Judge's Proposed

Findings and Recommended Disposition (Doc. 19).

      **IT IS FURTHER ORDERED** that Mr. Stradling's Motion for Judgment on the Pleadings

(Doc. 11) seeking reversal of the Commissioner's unfavorable decision is **GRANTED**, the

Commissioner's final decision is **REVERSED**, and this matter is **REMANDED** to the

Commissioner for further proceedings in accordance with the Magistrate Judge's Proposed

Findings and Recommended Disposition and this Order.

_____
SENIOR UNITED STATES DISTRICT JUDGE